IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DORSEY THRASH, #212441, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03CV987-T |
| ) | |
| THE STATE OF ALABAMA, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   The recommendation of the United States Magistrate Judge entered on 5 October 2005 (Doc. # 11), is adopted.

(2)   That the petition for habeas corpus relief, filed by the petitioner is DENIED.

(3)   This case be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 28th day of October 2005.

             /s/ Myron H. Thompson             
UNITED STATES DISTRICT JUDGE